# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MOHAMMAD & ARSHIA UDDIN** : | |
| : | |
| **Plaintiffs,** : | |
| : | **CIVIL ACTION** |
| v. : | |
| : | **NO. 06-5275** |
| **EMILIO GONZALEZ, Dir., Bureau** : | |
| **of Citizenship & Immigr. Serv. (CIS)** : | |
| : | |
| **Director of the Administrative Appeals** : | |
| **Office of CIS;** : | |
| : | |
| **KAREN FITZGERALD, Dir.,** : | |
| **Philadelphia Office of CIS,** : | |
| : | |
| **Defendants.** : | |

## ORDER

**AND NOW**, this ___20th___ day of January 2010, upon consideration of Plaintiffs' Motion to File an Amended Complaint (Doc. #9) and Defendants' Response thereto (Doc. #11), it is **ORDERED** that Plaintiffs' Motion is **GRANTED**.

In addition, upon consideration of Defendants' Motion to Dismiss (Doc. #8) and Plaintiffs' Response thereto (Doc. #10), it is **ORDERED** that Defendants' Motion is **GRANTED** and Plaintiffs' Amended Complaint is dismissed with prejudice.[1]

              s/Anita B. Brody

              _____

              ANITA B. BRODY, J.

---

[1] Consequently, Defendants' Motion for Summary Judgment in the alternative (Doc. #8) is **DENIED** as moot.

Copies **VIA ECF** on _____ to:   Copies **MAILED** on _____ to: