# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MOHAMMED UDDIN, et al.,       : | |
|    Plaintiffs,       : | |
| : | CIVIL ACTION |
| v.       : | |
| : | NO. 06-5275 |
| ALEJANDRO MAYORKAS, DIRECTOR : | |
| OF THE BUREAU OF CITIZENSHIP       : | |
| AND IMMIGRATION SERVICES, et al.,[1] : | |
|    Defendants.       : | |

## ORDER

**AND NOW**, this  15TH    day of   May    , 2012, it is **ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 27) is **GRANTED** and Plaintiffs' Motion for Summary Judgment (ECF No. 30) is **DENIED**.  I affirm USCIS' denial of Plaintiffs' adjustment of status applications.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:        Copies **MAILED** on _____ to:

---

[1] Under Federal Rule of Civil Procedure 25(d), Defendant Alejandro Mayorkas replaces Emilio Gonzalez as the current director of U.S. Citizenship and Immigration Services ("USCIS"), Defendant Perry Rhew replaces Robert Weinmann as the current Director of the Administrative Appeals Office of USCIS, and Defendant Tony Dyson replaces Karen Fitzegerald as the current Director of the Philadelphia Office of USCIS.